Ralph R. Mabey (2036)
rmabey@kmclaw.com
R. Willis Orton (2484)
worton@kmclaw.com
Ryan B. Frazier (9007)
frazier@kmclaw.com
**Kirton McConkie**
Kirton McConkie Building
50 East South Temple, Suite 400
Salt Lake City, Utah  84111
Telephone:  801-328-3600
Fax:  801-321-4893

*Attorneys for Defendant Bankers Trust Company of South Dakota*

Scott S. Morrisson, *pro hac vice*
smorrisson@kdlegal.com
Jeffrey C. McDermott, *pro hac vice*
jmcdermott@kdlegal.com
**Krieg DeVault LLP**
12800 North Meridian Street, Suite 300
Carmel, Indiana  46032
Telephone:  317-566-1110
Fax:  317-636-1507

Jude Anne Carluccio, *pro hac vice*
jcarluccio@kdlegal.com
**Krieg DeVault LLP**
60 South 6th Street, Suite 2310
Minneapolis, Minnesota  55402
Telephone: 612-564-1924
Fax: 612-326-0996

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| KELLEY JESSOP, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DALLIN LARSEN, an individual, HENRY MARSH, an individual, RANDY LARSEN, an individual, MACHIEL KENNEDY, an individual, DOES 1-10, and BANKERS TRUST COMPANY, a Delaware corporation,<br><br>Defendants,<br><br>and related Third Party Complaint. | **BANKERS TRUST COMPANY'S REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S JURY DEMAND**<br><br><br>Civil No. 2:14-cv-00916<br><br>Honorable Bruce S. Jenkins |

Defendant Bankers Trust Company of South Dakota, improperly named in the Complaint as "Bankers Trust Company, a Delaware Corporation," ("BTC"), by counsel, hereby submits this Reply in Support of its Motion to Strike Plaintiff's Jury Trial Demand, Dkt. # 88. BTC seeks an order of this Court striking the Plaintiff's jury demand because under applicable ERISA law, Plaintiff is not entitled to a jury trial for the ERISA claims set forth in his putative Class Action Complaint ("Complaint").

1. On December 19, 2014, Plaintiff filed his Complaint. In his Complaint, Plaintiff demanded "a jury trial on all issues raised by the Complaint and so triable." (Pl.'s Complaint, at 34).

2. On May 19, 2015, BTC filed its Motion to Strike Plaintiff's Jury Trial Demand ("Motion to Strike") on the grounds that Plaintiff's ERISA claims are deemed equitable in nature and are not afforded jury trials. (Doc. # 88). (Def.'s Mot. to Strike, at 2-3).

3. On June 5, 2015, Plaintiff filed his Opposition to BTC's Motion to Strike ("Opposition"). Plaintiff's Opposition essentially ignores the entire weight of authority that jury demands in ERISA cases are not permitted and must be stricken. Plaintiff argues that applicable case in this circuit was wrongly decided and should be ignored.

4. As stated in BTC's Motion to Strike, nine (9) other circuits as well as the district courts within this circuit have consistently held, without distinction, that there is simply no right to a jury trial for ERISA claims. Further, a district court in this circuit has specifically held that if confronted with the question, the Tenth Circuit would not grant a plaintiff a right to a jury trial on ERISA claims. (*See* Def.'s Motion to Strike, at 3 citing *In re YRC Worldwide,* 2010 WL 4920919, at *6).

5. Plaintiff's Opposition recites cases discussing general constitutional principles regarding jury trials. However, these cases do not address whether jury trials are permitted for ERISA claims. They merely describe general Seventh Amendment concepts over which there is no dispute.

6. Plaintiff's Opposition also cites a single case from the Northern District of Georgia to support his demand for a jury trial. (*See* Opposition, at 5 citing *Chao v. Meixner*, No. 1:07-cv-0595-WSD, 2007 WL 4225069, at *5 (N.D. Ga. Nov. 27, 2007)). This case, of course, is not binding in this district and is a single outlier from the significant body of authority from this district and other circuits which hold precisely the opposite.[1] Plaintiff fails to address the fact that all three (3) of his claims are brought under ERISA, and all such claims are deemed in this circuit (and all others) to be equitable in nature. *E.g., In re YRC Worldwide, Inc. ERISA Litigation*, No. 09-2593-JWL, 2010 WL 4920919, at *5 (D. Kan. Nov. 29, 2010) (unpublished). There simply is no right to a jury trial for such claims. *Id*.

7. Plaintiff's Opposition also makes no mention of this circuit's decision in *Graham v. Hartford Live & Acc. Ins. Co.*, 589 F.3d 1345 (10th Cir. 2009) which holds that claims which are equitable in nature are not afforded the right to a jury trial.

8. In summary, nine (9) other circuits as well as the district courts within this circuit have consistently held there is no right to a jury trial for ERISA claims such as those brought by the Plaintiff. Plaintiff's ERISA claims are equitable in nature and Plaintiff's jury trial demand should therefore be stricken.

---

[1] Unlike the present action brought by a plan participant seeking class action treatment, the plaintiff in *Chao* was the Department of Labor bringing an enforcement suit under ERISA § 502(a)(2) and § 502(a)(5).

**WHEREFORE**, Defendant Bankers Trust Company of South Dakota, through counsel, prays this Court strike Plaintiff Kelly Jessop's jury trial demand, and for all other relief proper in the premises.

DATED this 22nd day of June, 2015.

                                      Respectfully submitted,

                                      /s/   *R. Willis Orton*
                                      Ralph R. Mabey
                                      R. Willis Orton
                                      Ryan B. Frazier
                                      Kirton McConkie
                                      Kirton McConkie Building
                                      50 East South Temple, Suite 400
                                      Salt Lake City, Utah  84111

                                      Scott S. Morrisson
                                      Jeffrey C. McDermott
                                      KRIEG DeVAULT LLP
                                      12800 North Meridian Street, Suite 300
                                      Carmel, Indiana  46032

                                      Jude Anne Carluccio
                                      KRIEG DEVAULT LLP
                                      60 South 6th Street, Suite 2310
                                      Minneapolis, Minnesota  55402

                                      *Attorneys for Defendant Bankers Trust Company of South Dakota*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Gregory Y. Porter
gporter@baileyglasser.com

James L. Kauffman
jkauffman@baileyglasser.com

James E. Magleby
magleby@mgpclaw.com

Jennifer Fraser Parrish
parrish@mgpclaw.com

Evan A. Schmutz
eschmutz@djplaw.com

Andy V. Wright
awright@djplaw.com

Martin R. Denney
mrdenney@cnmlaw.com

W. Waldan Lloyd
wwlloyd@cnmlaw.com

Michael Johnson
mjohnson@rqn.com

                                                             /s/ Teena Sanders

4840-9131-8053.v1